OPINION — AG — QUESTION: "IS A VETERN WHO SERVED HONORABLY IN THE UNITED STATES MILITARY FORCES FROM DECEMBER 20, 1918 TO DECEMBER 23, 1922, DATES INCLUSIVE, WITH A PORTION OF THIS MILITARY SERVICE SPECIFICALLY FROM NOVEMBER 21, 1919 TO DECEMBER 20, 1919, ANCHORED AT VLADIVOSTOK, RUSSIA, ELIGIBLE FOR ALL STATE VETERANS BENEFITS? — THE VETERAN WHOSE SERVICE RECORD YOU DESCRIBE IS ENTITLED TO THE BENEFITS SET FORTH IN 72 O.S. 1961 221-225 [72-221] — [72-225], BOTH INCLUSIVE, BUT NOT ENTITLED TO THE BENEFITS DESCRIBED IN 72 O.S. 1961 67.11-67.13 [72-67.11] — [72-67.13], BOTH INCLUSIVE. CITE: 72 O.S. 1961 224 [72-224], 72 O.S. 1965 Supp., 50.31 [72-50.31], 72 O.S. 1961 67.13 [72-67.13](A) (SAM MOORE)